IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CINDY TINSLEY, | ) | |
| | ) | No.: 3:16-1350 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Trauger |
| | ) | |
| CATERPILLAR FINANCIAL SERVICES CORPORATION, | ) ) | Magistrate Judge Frensley |
| | ) | |
| | ) | |
| Defendant. | ) | Jury Demand |

## ORDER OF DISMISSAL WITH PREJUDICE

Comes now **Plaintiff, Cindy Tinsley**, by and through counsel, to state and acknowledge that all issues, controversy and claims between Plaintiff and **Defendant, Caterpillar Financial Services Corporation**, have been resolved and should be dismissed with prejudice.

Accordingly, it is **ORDERED, ADJUDGED AND DECREED** that this case is hereby dismissed with prejudice with each party to bear their or its own attorneys' fees and costs incurred in the litigation.

It is so Ordered.

Entered this  31st  day of  October , 2019.

_____
Judge

Respectfully submitted,

**PARKER & ASSOCIATES**

*/s/ R. Patrick Parker*
R. Patrick Parker, BPR # 16847
383 E. Main Street, Suite 110
Hendersonville, TN 37075
Telephone: 615.724.5291
Facsimile: 800.506.1668
pparker@pparkerlaw.com

*Attorney for Plaintiff*